UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00162-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CALLOSCILIO VASQUEZ-LOPEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, May 24, 2012,** and responses to these motions shall be filed by **Monday, June 4 , 2012.** It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, June 18, 2012, at 9:00 a.m. in courtroom A-1002.** Finally, it is

    ORDERED that the parties shall promptly contact the Court if a motions hearing and/or final trial preparation conference needs to be set.

    Dated: April 19, 2012.

                                    BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL
                                      CHIEF U. S. DISTRICT JUDGE