**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00162-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CALLOSCILIO VASQUEZ-LOPEZ,

    Defendant.

---

## ORDER
---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on August 8, 2012, it is hereby

    ORDERED that Defendant Calloscilio Vasquez-Lopez is sentenced to TIME SERVED.

    Dated: August 8, 2012.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE